# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.

WILLIAM F. WIDBEY

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **3:16-mj-0026 CMK**

**THE DEFENDANT:**

[ ]   pleaded guilty to count(s): ____.
[X]   pleaded nolo contendere to counts(s) _1_ which was accepted by the court.
[ ]   was found guilty on count(s) ___ after a plea of not guilty.
[X]   count(s) 2 and 3 dismissed pursuant to oral plea agreement.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 50 CFR 27.61 | Destruction, injury, defacement, or removal of objects from National Wildlife Refuge | 04/19/2015 to 04/30/2016 | 1 |

    The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

11/15/2016
Date of Imposition of Judgment

_/s/ Craig M. Kellison_
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

11/15/2016
Date

DEFENDANT: DAVID P. JONES, vn CA75/4407775 and P0560819

# COURT PROBATION

The defendant is hereby sentenced to Court probation for a term of three (3) years .

The defendant shall not commit another federal, state, or local crime.

The defendant is excluded from entering National Lands including but not limited to the Modoc National Wildlife Refuge during the term of probation.

# IMPRISONMENT

The defendant is hereby remanded to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: SEVEN (7) DAYS.

# FINE

The defendant shall pay a fine of $625 and a penalty assessment of $25 for a total of $650 to the Clerk, United States District Court, 501 I Street, Sacramento, California 95814, within thirty days.

# RESTITUTION

The defendant shall pay restitution to the Modoc National Wildlife Refuge in the sum of $357 within thirty days.